```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 31377
   AKINWUNMI OMOKAIYE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7215


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/18/2008 and was not confirmed.

     The case was dismissed without confirmation 02/19/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
LVNV FUNDING               UNSECURED         3032.37        .00           .00
LVNV FUNDING               UNSECURED         3546.15        .00           .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE    25776.00        .00           .00
SELECT PORTFOLIO SERVICI   UNSECURED       NOT FILED        .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED        .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED        .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED       NOT FILED        .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED       NOT FILED        .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED       NOT FILED        .00           .00
ADT SECURITY SYSTEMS       UNSECURED       NOT FILED        .00           .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED       NOT FILED        .00           .00
SUBURBAN EMERGENCY PHYSI   UNSECURED       NOT FILED        .00           .00
MIDAMERICA CARDIOVASCULA   UNSECURED       NOT FILED        .00           .00
ILLINOIS COLLECTION SYST   UNSECURED       NOT FILED        .00           .00
ADVOCATE SOUTH SURURBAN    UNSECURED       NOT FILED        .00           .00
OAK LAWN RADIOLOGY IMAGI   UNSECURED       NOT FILED        .00           .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED       NOT FILED        .00           .00
OAK LAWN RADIOLOGY IMAGI   UNSECURED       NOT FILED        .00           .00
ROUNDUP FUNDING LLC        UNSECURED         4925.01        .00           .00
MACYS DEPT STORE           UNSECURED       NOT FILED        .00           .00
BLITT & GAINES             UNSECURED       NOT FILED        .00           .00
VILLAGE OF DOLTON          UNSECURED       NOT FILED        .00           .00
UNIVERSITY OF CHICAGO      UNSECURED       NOT FILED        .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED        .00           .00
NCO FINANCIAL SYSTEM       UNSECURED       NOT FILED        .00           .00
HSBC                       UNSECURED       NOT FILED        .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED        .00           .00
CARSON PIRIE SCOTT         UNSECURED       NOT FILED        .00           .00
DOOR TO DOOR STORAGE       UNSECURED       NOT FILED        .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED       NOT FILED        .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                       .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 31377 AKINWUNMI OMOKAIYE
```

```
-------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                         .00                    .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/26/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 08 B 31377 AKINWUNMI OMOKAIYE